■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN TREVINO, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County (Kepner, J.), rendered December 4, 1981, convicting him of burglary in the third degree and grand larceny in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The Criminal Procedure Law provides that a motion to dismiss an indictment based upon a claimed denial of the right to a speedy trial must be made prior to the commencement of trial or the entry of a plea of guilty (CPL 210.20 [1] [g]; [2]). The motion must be made in writing and upon reasonable notice to the prosecution (CPL 210.45 [1]; *People v Key,* 45 NY2d 111; *People v De Rosa,* 42 NY2d 872). Failure to follow the statutory procedure results in a waiver of the claim *(People v Lawrence,* 64 NY2d 200; *People v De Rosa, supra; People v Adams,* 38 NY2d 605). The record indicates that defendant did not make a motion prior to the commencement of his trial to dismiss the indictment for denial of a speedy trial and therefore he waived the right to assert the claim upon appeal.

We have reviewed the other contentions raised by defendant

in his *pro se* brief and by his counsel and find that while some errors exist, a number of them have not been preserved for appellate review and none merits reversal. Mollen, P. J., Lazer, Weinstein and Rubin, JJ., concur.